**Order filed, August 8, 2012.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-12-00673-CV
_____

## IN THE INTEREST OF K.G.S. AND T.W.S., CHILDREN, Appellant

---

**On Appeal from the 312th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2009-01569**

---

## ORDER

The reporter's record in this case was due **July 23, 2012**, 2012. *See* Tex. R. App. P. 35.1. On August 2, 2012, this court granted the court reporters request for extension of time to file the record until August 13, 2012. To date, the record has not been filed with the court. Because the reporter's record will not be filed within the time prescribed in the first request, the court **GRANTS** your second request and issues the following order.

We order **Ramona Gonzalez**, the substitute court reporter, to file the record in this appeal **on or before August 23, 2012. No further extension will be entertained absent exceptional circumstances**. The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed. *See* Tex. R. App. P. 35.3(c). If

**Ramona Gonzalez** does not timely file the record as ordered, the Court may issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.


PER CURIAM